| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| **Todd J. Roberts**<br>**Law Offices of Todd J. Roberts**<br>**16601 Ventura Blvd. Fourth Floor**<br>**Encino, CA 91436**<br>**818 906-8000 Fax: 818 906-8099**<br>California State Bar Number: **181945**<br><br>☐ *Individual appearing without counsel*<br>☒ *Attorney for:* Debtor | |

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br><br><br>**Miguel Ruiz Medel**<br>**Nuvia Del Carmen Montesinos**<br><br><br><br><br>Debtor(s). | CHAPTER: **13**<br>CASE NO. **SV 11-13145 GM**<br><br>SECTION 341(a) MEETING OF CREDITORS:<br>DATE: **April 20, 2011**<br>TIME: **9:00 am**<br>HEARING ROOM: **105**<br><br>CONFIRMATION HEARING:<br>DATE: **May 17, 2011**<br>TIME: **1:30 pm**<br>CTRM: **303**<br><br>DEADLINE FOR OBJECTIONS TO PLAN: __4/13/11__ *<br>(*7 days before the Section 341(a) meeting) |

## SECOND AMENDED NOTICE OF SECTION 341(a) MEETING AND
## HEARING ON CONFIRMATION OF CHAPTER 13 PLAN
## WITH COPY OF CHAPTER 13 PLAN

1. NOTICE IS HEREBY GIVEN to all creditors and other interested parties that on the above date and time and in the indicated courtroom, debtor(s) will seek court approval of the attached Chapter 13 plan.

2. **Section 341(a) Meeting Location:**
   ☐ 725 South Figueroa Street, Lobby Level, Los Angeles ☐ 411 West Fourth Street, Room 1-154, Santa Ana
   ☒ 21051 Warner Center Lane, Suite 115, Woodland Hills ☐ 128 East Carrillo Street, Santa Barbara
   ☐ 3420 Twelfth Street, Riverside

3. **Chapter 13 Plan Confirmation Hearing Location:**
   ☐ 255 East Temple Street, Los Angeles ☐ 411 West Fourth Street, Santa Ana
   ☒ 21041 Burbank Boulevard, Woodland Hills ☐ 1415 State Street, Santa Barbara
   ☐ 3420 Twelfth Street, Riverside

4. **OBJECTIONS TO PLAN:** If you wish to object to the confirmation of the Chapter 13 plan, you must file a written objection with the Bankruptcy Court and serve a copy of it upon the debtor(s), the attorney for the debtor(s), and the Chapter 13 trustee before the deadline set forth above. Unless you timely file a written objection to the plan and appear at the confirmation hearing, the Court may treat your failure to do so as a waiver of your right to object to the plan, and may approve the plan.

5. **APPEARANCE BY DEBTOR(S) AND THE ATTORNEY FOR THE DEBTOR(S) IS REQUIRED AT BOTH THE SECTION 341(a) MEETING AND THE CONFIRMATION HEARING.** If the Chapter 13 trustee finds at the Section 341(a) meeting that the case is ready for confirmation, the trustee may, but is not required to, stipulate that the debtors and counsel are excused from appearance at the confirmation hearing (if the assigned judge permits the trustee to waive appearances). If the Chapter 13 trustee finds at the Section 341(a) meeting that the case is NOT ready for confirmation, the trustee may, but is not required to, continue the Section 341(a) meeting and/or the confirmation hearing to a later date. Unexcused failure by the debtor(s) to appear at either the Section 341(a) meeting or the confirmation hearing may result in dismissal of the case. The dismissal order may include a prohibition on filing any other bankruptcy case for a period of 180 days pursuant to 11 U.S.C. § 109(g).

Dated: **April 29, 2011**

*Signature of Debtor(s) or Attorney for Debtor(s)*
**Law Offices of Todd J. Roberts**
*Print Law Firm Name (if applicable)*

---

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*December 2009*                                                                                                                                     F 3015-1.2

Notice of Chapter 13 Confirmation - Page 2 of 2

F 3015-1.2

| In re<br>**Miguel Ruiz Medel**<br>**Nuvia Del Carmen Montesinos**<br>Debtor(s). | CHAPTER **13**<br>CASE NO.: **1:11-bk-13145** |
|---|---|

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**16601 Ventura Blvd. Fourth Floor**
**Encino, CA 91436**

A true and correct copy of the foregoing document described as __Second Amended Notice of Section 341(A) Meeting And Hearing on Confirmation of Chapter 13 Plan with copy of Chapter 13 Plan__ will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On ____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On __4/29/2011__, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**SEE ATTACHED MAILING MATRIX**

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on ____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| April 29, 2011 | **Livier Mejia** | _(signature)_ |
|---|---|---|
| Date | *Type Name* | Signature |

---

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*December 2009*

F 3015-1.2

Miguel Ruiz Medel
13200 Schoenborn Street
Sun Valley, CA 91352


Nuvia Del Carmen Montesinos
13200 Schoenborn Street
Sun Valley, CA 91352


Todd J. Roberts
Law Offices of Todd J. Roberts
16601 Ventura Blvd. Fourth Floor
Encino, CA 91436


American Express
888 So. Figueroa St.
Los Angeles, CA 90017


Asset Acceptance LLC
P.O.BOX 2036
Warren, MI 48090


Bank of America
P.O. BOX 60069
City Of Industry, CA 91716


CACH LLC
4340 S. Monaco, 2nd Fl.
Denver, CO 80237


Capital One Bank
PO box 26625
Richmond, VA 23285

Chase Card Services
P.O. BOX 15298
Wilmington, DE 19850-5298


Chase Cardmember Service
P.O. BOX 10004
Kennesaw, GA 30156


Chase Home Finance
P.O. BOX 78420
Phoenix, AZ 85062


Citi
P.O. BOX 183041
Columbus, OH 43218-3041


Credit Solutions
2370 performance
Richardson, TX 75082


Delmarva Capital Services, LLC
P.O. BOX 43070
c/o US Bank
Baltimore, MD 21236


Discover Financial
P.O. BOX 689
Sandy, UT 84091


Elizabeth Rojas
Chapter 13 Trustee
15060 Ventura Blvd., Ste#240
Sherman Oaks, CA 91403

Juan A Sosa
2800 E. Florence Avenue
Huntington Park, CA 90255


LVNV Funding LLC
P.O. Box 10587
Greenville, SC 29603


One West Bank, FSB
6900 Beatrice Drive
Kalamazoo, MI 49009


Pinnacle Credit Services
7900 Highway 7
St. Louis Park, MN 55426


Portfolio Recovery
120 Corporate Blvd., #1
Norfolk, VA 23502


Portfolio Recovery
P.O. BOX 12914
Norfolk, VA 23541


The Home Depot Credit Services
P.O BOX 689100
Des Moines, IA 50368


U.S. Bank Mortgage Service
3121 Michelson Drive
5th Floor
Irvine, CA 92612

U.S. Bank, NA, as Servicer
P.O. Box 2188
Oshkosh, WI 54903


Wells Fargo
P.O. BOX 29704
Phoenix, AZ 85038