PROBER & RAPHAEL, A LAW CORPORATION
DEAN R. PROBER, ESQUIRE, #106207
LEE S. RAPHAEL, ESQUIRE, #180030
CASSANDRA J. RICHEY, ESQUIRE #155721
MELISSA VERMILLION, ESQUIRE #241354
JOSEPH GARIBYAN, ESQUIRE #271833
BONNI S. MANTOVANI, ESQUIRE #106353
20750 Ventura Boulevard, Suite 100
Woodland Hills, CA  91364
P.O. Box 4365
Woodland Hills, CA  91365-4365
(818) 227-0100
F.040-2544
Attorneys for Secured Creditor

**FILED & ENTERED**

MAY 17 2011

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY remy          DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | Bk. No. 1:11-bk-13145-GM |
| MIGUEL RUIZ MEDEL and NUVIA DEL CARMEN MONTESINOS, | CHAPTER 13 |
| Debtors. / | |
| U.S. BANK, N.A., successor in interest to the FDIC as receiver for Downey Savings and Loan Association, F.A., its assignees and/or successors in interest,<br><br>    Secured Creditor,<br><br>vs.<br><br>MIGUEL RUIZ MEDEL and NUVIA DEL CARMEN MONTESINOS; ELIZABETH F. ROJAS, Trustee,<br><br>    Respondents. / | Hearing:<br>Date: May 17, 2011<br>Time: 1:30 p.m.<br>Place: U.S. Bankruptcy Court<br>        21041 Burbank Blvd.<br>        Woodland Hills, CA<br>        Courtroom: 303<br>        Floor: 3rd |

**ORDER ON STIPULATION
RESOLVING OBJECTIONS TO DEBTORS' CHAPTER 13 PLAN**

1

1 | IT IS HEREBY ORDERED that the Stipulation Resolving Objections to Debtors'
2 | Chapter 13 Plan filed on May 13, 2011 as Document No. 28 between the parties is approved.

### # # #

DATED: May 17, 2011

_____
United States Bankruptcy Judge

F 9013-3.1

| In re:<br>Miguel Ruiz Medel and Nuvia Del Carmen Montesinos<br>Debtor(s). | CHAPTER 13<br>CASE NUMBER 1:11-bk-13145-GM |
|---|---|

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
Prober & Raphael, A Law Corporation, 20750 Ventura Boulevard, Suite 100, Woodland Hills, CA 91364

A true and correct copy of the foregoing document described **ORDER ON STIPULATION RESOLVING OBJECTIONS TO CHAPTER 13 PLAN** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served)**:**
On __5/13/11__ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 5/13/11 | Danielle Seth-Hunter | /s/ Danielle Seth-Hunter |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.
*January 2009*                                                                                                                **F 9013-3.1**

| In re:<br>Miguel Ruiz Medel and Nuvia Del Carmen Montesinos | CHAPTER 13 |
|---|---|
| Debtor(s). | CASE NUMBER 1:11-bk-13145-GM |

**II.     SERVED BY U.S. MAIL**

Hon. Geraldine Mund
U.S. Bankruptcy Court
21041 Burbank Blvd., Suite 342
Woodland Hills, CA 91367-6606

Miguel Ruiz Medel
Nuvia Del Carmen Montesinos
13200 Schoenborn Street
Sun Valley, CA 91352
Debtors

Todd J. Roberts, Esquire
Roberts & Koch, APC
16601 Ventura Boulevard, 4th Floor
Encino, CA 91436
Attorney for Debtors

Elizabeth F. Rojas
Noble Professional Center
15060 Ventura Blvd., Suite 240
Sherman Oaks, CA 91403
Chapter 13 Trustee

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*

**F 9013-3.1**

**F 9013-3.1**

| In re:<br>Miguel Ruiz Medel and Nuvia Del Carmen Montesinos<br>Debtor(s). | CHAPTER 13<br>CASE NUMBER 1:11-bk-13145-GM |
|---|---|

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **ORDER ON STIPULATION RESOLVING OBJECTIONS TO CHAPTER 13 PLAN** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of 05/10/11, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

Lee S Raphael cmartin@pprlaw.net
Todd J Roberts livier422@earthlink.net
Elizabeth (SV) F Rojas (TR) cacb_ecf_sv@ch13wla.com
United States Trustee (SV) ustpregion16.wh.ecf@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by U.S. Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY:** Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or email address(es) indicated below:

☐ Service information continued on attached page

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*

**F 9013-3.1**